## Amended Indictment Synopsis

| | |
|---|---|
| **Name:** | Clyde M. Hall, Jr. |
| **Address:** (City & State Only) | Portland, Maine |
| **Year of Birth and Age:** | 1965 / 59 years old |
| **Violation:** | <u>Count One</u>: Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). |
| **Penalties:** | <u>Count One</u>: Because Defendant has prior convictions relating to aggravated sexual abuse, sexual abuse, and abusive sexual contact involving a minor and relating to possession and distribution of child pornography, a term of imprisonment of not less than 10 years and not more than 20 years, a fine of not more than $250,000, or both. *See* 18 U.S.C. § 2252A(b)(2); 18 U.S.C. § 3571(b)(3).<br><br>This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | <u>Count One</u>: Not less than 5 years and up to life. *See* 18 U.S.C. § 3583(k). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | <u>Count One</u>: Not more than 2 years per violation. *See* 18 U.S.C. § 3583(e)(3).<br><br><u>Count One</u>: But, if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than 1 year can be imposed, the Court shall revoke supervised release and impose a term of imprisonment of not less than 5 years.<br>*See* 18 U.S.C. § 3583(k). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | <u>Count One</u>: Up to life, less any term of imprisonment imposed upon revocation of supervised release. *See* 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Joel Vincent |

| | |
|---|---|
| **Primary Investigative Agency and Case Agent Name:** | HSI - SA Joel Braillard |
| **Detention Status:** | Detained on January 22, 2025 |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Sheila W. Sawyer |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution?** | No |
| **Assessments:** | <u>Count One</u>:<br>$100.00 per count. *See* 18 U.S.C. § 3013(a)(2)(A).<br>$5,000 per count if Defendant is found to be non-indigent. *See* 18 U.S.C. § 3014(a)(3).<br><br>Not more than $35,000 for Count One. *See* 18 U.S.C. § 2259A(a)(2). |